# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALON BARZILAY, General Partner, trading as FITZWATER SANCTUARY, LP, | : Case No.<br>:<br>: (Diversity Jurisdiction) |
| Plaintiff, | : Originally Filed in the Court of<br>: Common Pleas, Philadelphia County |
| v. | :<br>: No. 17054329 |
| CUSTOM AIR SERVICES, INC. | :<br>: |
| Defendant. | : |

## NOTICE OF REMOVAL

TO:   Clerk of Court, United States District Court for the Eastern District of Pennsylvania

As provided for in 28 U.S.C. §§ 1441 and 1446, respectively, Defendant Custom Air Services, Inc. ("Custom"), through its undersigned counsel, hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania. In support of its Notice of Removal, Custom states as follows:

### Notice Of Removal Is Timely

1. On or about May 31, 2017, Plaintiff commenced these proceedings by filing a a Complaint (the "Complaint") in the Court of Common Pleas of Philadelphia County (the "State Court Action"). A true and correct copy of the docket and all process, pleadings, and orders filed in the State Court Action are attached as Exhibit "A."

2. On June 27, 2017, a copy of the Complaint was served on Custom. See Exhibit A, docket.

3. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

**Diversity Jurisdiction Exists**

4. The Court has original jurisdiction under 28 U.S.C. § 1332, and this action may be removed to this Court by a defendant pursuant to 28 U.S.C. §§ 1441 and 1446 because it is a civil action between parties of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. Plaintiff is the General Partner of Fitzwater Sanctuary, LP ("FSLP"), a limited partnership with an address of 2019 Chancellor Street, Philadelphia, PA 19103.

6. Custom is a Delaware corporation with an address of P.O. Box 652, Dover, DE 19903. Exhibit A, Complaint, ¶3.

7. Thus, complete diversity exists among the parties. 28 U.S.C. § 1332.

**The Amount In Controversy Exceeds $75,000.00**

8. Title 28 U.S.C. § 1332(a) requires that the amount in controversy in diversity actions exceed $75,000.00, exclusive of interests and costs. Plaintiff alleges in the Complaint that it is seeking judgment in excess of $50,000.00 (the minimum required for the State Court Action *not* to qualify for arbitration), but also that Custom breached an agreement in which Custom was paid $457,500.00 to perform HVAC work in connection with the project. Exhibit A, Complaint, ¶¶ 7, 27. The Complaint alleges damages suffered by Plaintiff relate to: (1) the cost of repairing the allegedly defective work by Custom, (2) the cost of furnishing portable heaters to tenants, (3) damage to the reputation of Sanctuary Lofts, and (4) concessions to tenants, including rent reductions. Exhibit A, Complaint, ¶27.

9. The Complaint sets forth, and Custom incorporates herein by reference, plausible allegations that the amount in controversy in this action exceeds $75,000.00.

10. Accordingly, the amount in controversy requirement is satisfied in this case. 28 U.S.C. § 1332(a).

## All Other Requirements For Removal Have Been Met

11. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), the United States District Court for the Eastern District of Pennsylvania is the appropriate court for filing a Notice of Removal from the Court of Common Pleas Philadelphia County, where the action was filed.

12. Copies of all pleadings, process, and orders received by Custom in this action are attached hereto in accordance with 28 U.S.C. § 1446(a). See Exhibit A.

13. Promptly after filing this Notice of Removal, Custom will file a Notice of Filing of Notice of Removal, along with a copy of the Notice of Removal, with the Prothonotary for the Court of Common Pleas of Philadelphia County, and will serve written notice of the same on Plaintiff, all in accordance with 28 U.S.C. § 1446(d). Thus, all procedural and jurisdictional requirements for removal have been satisfied.

**WHEREFORE**, Defendant hereby gives notice that this action is removed from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

O'KELLY ERNST & JOYCE, LLC

Dated: July 27, 2017

By: _____
Michael J. Joyce, Esquire
Atty. I.D. No. 90580
Daniel P. Murray, Esquire
Atty. I. D. No. 313112
O'Kelly Ernst & Joyce, LLC
901 N. Market Street
Suite 1000
Wilmington, DE 19801

*Attorneys for Defendant*
*Custom Air Solutions, Inc.*